JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA + CANVAS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IMELDA WOODSIDE, an individual, and DOES 1 through 10;<br><br>　　　　Defendant. | Case No. CV 19-5028-GW-GJSx<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

Rutan & Tucker, LLP
attorneys at law

2835/102185-0117
14723191 1 a02/11/20

Having ordered Plaintiff Bella + Canvas, LLC ("Plaintiff") and Defendant Imelda G. Woodside ("Defendant") (with Plaintiff, the "Parties") to show cause regarding settlement (Dkt. 32), and having considered the Parties' Stipulated Request for Dismissal with Prejudice ("Stipulated Request") (Dkt. 33),

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Parties' Stipulated Request is GRANTED;

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses all of the claims, counterclaims and defenses asserted in this action with prejudice, all Parties to bear their own costs and fees;

3. The Court retain jurisdiction subsequent to this dismissal for the purpose of enforcing the Parties' settlement agreement; and

4. The hearing set for February 27, 2020 at 8:30 a.m. to show cause regarding settlement is hereby vacated and taken off-calendar.

IT IS SO ORDERED.

Dated: February 11, 2020

_____
Hon. George H. Wu
United States District Judge

Rutan & Tucker, LLP
attorneys at law

2835/102185-0117
14723191 1 a02/11/20

-1-

[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE